Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| The UNITED STATES of AMERICA,  )<br>         )<br>         Plaintiff,     )<br>         )<br>         v.         )<br>         )<br>MICHAEL FJERSTAD,      )<br>         )<br>         Defendant.   ) | No. CR07-0277RSM<br><br>ORDER STRIKING DEFENDANT'S<br>PRO SE MOTION TO DISMISS<br>PENALTY ENHANCEMENT |

THIS MATTER comes before the Court on defendant's pro se motion to dismiss the penalty enhancement information. Having considered the entirety of the record and files herein, the Court finds that pursuant to General Rule 2(g)(1) of the Local Rules for the Western District of Washington, the defendant is not the attorney of record in this case, and as such, his motion is improperly filed, and shall be stricken.

//
//
//

Order Striking Pro Se Motion to
Dismiss Penalty Enhancement Information
Fjerstad/CR07-277RSM - Page 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  IT IS NOW, THEREFORE, ORDERED that defendant's pro se motion to dismiss
2  the penalty enhancement information is stricken.
3  Dated this 8 day of April, 2008

   RICARDO S. MARTINEZ
   UNITED STATES DISTRICT JUDGE

7  Presented by:

   s/ Lisca Borichewski
9  LISCA BORICHEWSKI
   Assistant United States Attorney
   (206) 553-2266, Fax: (206) 553-4440
   E-mail: lisca.borichewski@usdoj.gov
   Washington State Bar #24300

Order Striking Pro Se Motion to
Dismiss Penalty Enhancement Information
Fjerstad/CR07-277RSM - Page 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970