Judge Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL FJERSTAD, ) <br> ) <br> Defendant. ) <br> _____) | NO. CR07-277RSM <br><br> ORDER FOR PSYCHIATRIC EVALUATION |

This matter comes before the Court on the stipulated motion of the defendant and the government for the defendant to undergo a psychiatric evaluation. Having considered the entirety of the record and files herein, and the representations of defense counsel in open court,

IT IS HEREBY ORDERED that the defendant submit to a psychiatric evaluation pursuant to 18 U.S.C. §§ 4241and 4247(b), at such time and under such circumstances as are specified by the examining psychiatrist, and further that a psychiatric report afterwards be prepared and filed pursuant to 18 U.S.C. § 4247(c);

ORDER FOR PSYCHIATRIC
EVALUATION/FJERSTAD
CR07-277RSM — 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

IT IS FURTHER ORDERED that all appropriate efforts be taken to assure that the defendant is designated to the Federal Detention Center in Sea-Tac, Washington, where the defendant is now currently in custody, for the purpose of administering the psychiatric examination; and

IT IS FURTHER ORDERED that the trial date of July 7, 2008 is stricken, and that the time between the date of this Order and the new trial date will be excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and 3161(h)(8)(B)(I).

Dated this 3rd day of July, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Lisca Borichewski
LISCA BORICHEWSKI
Assistant United States Attorney
(206) 553-2266, Fax: (206) 553-4440
E-mail: lisca.borichewski@usdoj.gov
Washington State Bar #24300

ORDER FOR PSYCHIATRIC
EVALUATION/FJERSTAD
CR07-277RSM — 2