# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL J. FJERSTAD,

    Defendant.

Case No. CR07-277RSM

ORDER

    THIS MATTER comes before the Court on the defendant's motion for early termination of supervised release. (Dkt. 215).

    Having reviewed the entirety of the record and the pleadings of counsel, the Court finds that termination of supervised release is not appropriate at this time. The defendant has served 32 months of the 60 months of supervised release imposed by this Court. The Court finds the defendant would benefit from continued monitoring to assure he has the tools, support and accountability to maintain law abiding behavior, and such monitoring would further serve to protect the public.

///

///

///

ORDER

THEREFORE, IT IS HEREBY ORDERED that the defendant's motion for early termination of supervised release is denied, and the defendant may next reapply for early termination after serving 48 months of supervision.

DATED this 23rd day of October, 2019.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER